# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **CHARLES GREENE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:05-CV-617 AS |
| v. | ) |
| | ) |
| **BERT SHIRK,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

### *OPINION AND ORDER*

Charles Greene, a *pro se* plaintiff, filed an employment discrimination complaint and a petition seeking leave to proceed *in forma pauperis*. Mr. Greene states that he is employed and has a take home pay of $500.00 per week. While his annual income may be more or less than $26,000, this is the annualized value of his declared take home pay. It appears that Mr. Greene states that he has two dependants. The 2005 poverty guideline for a family of three living in Indiana is $16,090. Annual Update of the HHS Poverty Guidelines, 70 Fed. Reg. 8373-75 (Feb. 18, 2005).

For the foregoing reasons, the court:

(1) **DENIES** the petition for leave to proceed *in forma pauperis* (docket # 2);

(2) **GRANTS** the plaintiff to and including October 17, 2005 to pay the $250.00 filing fee; and

(3) **CAUTIONS** Charles Greene that if the filing fee is not paid by that date, this case will be dismissed for non-payment of the filing fee.

**IT IS SO ORDERED.**

**ENTERED: September 30 , 2005**

                                      **S/ ALLEN SHARP**
                                  **ALLEN SHARP, JUDGE**
                                  **UNITED STATES DISTRICT COURT**