UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **CHARLES GREENE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 3:05cv0617 AS |
| | ) | |
| **BERT SHIRK, Supv.,** | ) | |
| **SONJA LEE, Personnel,** | ) | |
| **JAMES RAYMON,** | ) | |
| **VON HANNING, Mgr.,** | ) | |
| **WILLIAM ROSEWAMER, and** | ) | |
| **VENTURE TECHNOLOGIES LLC,** | ) | |
| | ) | |
| **Defendants** | ) | |

*MEMORANDUM, OPINION AND ORDER*

This court takes judicial notice of the entire record in this proceeding beginning with the filing made September 29, 2005 and including 64 items in the docket sheet. This court has also given close attention to the very comprehensive Report and Recommendation filed by United States Magistrate Judge Christopher A. Nuechterlein on March 26, 2007, as well as the filings made by this pro se plaintiff on April 4, 2007. This court is well aware of the obligation it has with regard to pro se litigants. *See Haines v. Kerner*, 404 U.S. 519 (1972). *See also McNeil v. United States*, 508 U.S. 106 (1993), *Smith v. Fairman*, 862 F.2d 630 (7th Cir. 1988), *cert. denied*, 490 U.S. 1008 (1989), and *Cain v. Lane*, 857 F.2d 1139 (7th Cir. 1988).

The record speaks clearly that the magistrate judge has given close attention to the various claims of this pro se plaintiff. Since the filing of the Report and Recommendation,

the Court of Appeals in this circuit, in a case emanating from this court in *Barricks v. Eli Lilly Co.*, No. 05-3771 (7th Cir. April 4, 2007), has again dealt in depth with a number of issues discussed in the Report and Recommendation here, and the reasoning and result in *Barricks* is consistent with the analysis and recommendation of the magistrate judge.

This court now **APPROVES** the Report and Recommendation of the magistrate judge, and the motion to strike by the defendant Venture is **DENIED** as **MOOT**.  The summary judgment of the defendant Venture is, for the reasons stated, **GRANTED** with regard to both claims under Title VII and Section 1981.  Additionally, the motion for summary judgment filed by the pro se plaintiff, Charles Green, on April 4, 2007, is likewise **DENIED**.  The Clerk shall enter judgment accordingly and each party will bear its own costs. **IT IS SO ORDERED**.

DATED:  April 10, 2007

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein